

SUMMARY DISPOSITION ORDER

Vacated. Remanded.

391 P.3d 1249

**BANK OF AMERICA, N.A.,**
Plaintiff-Appellee,

v.

Michael Jean PANZO, Defendant-Appellant,

and

Ewa by Gentry Community Association,
Defendant-Appellee,

and

John Does 1-50; Jane Does 1-50; Doe Partnerships 1-50; Doe Corporations 1-50; Doe Entities 1-50; and Doe Governmental Units 1-50, Defendants CAAP-14-0001356

391 P.3d 1249

STATE of Hawai'i, Plaintiff-Appellant,

v.

Thomas A. RUSSO, Defendant-Appellee

NO. CAAP-14-0000986

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, March 31, 2017.

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT, WAILUKU DIVISION (2DCW-12-0000873)

SUMMARY DISPOSITION ORDER

Vacate. Remand.

Bank of America, N.A., Plaintiff-Appellee,

v.

Michael Jean Panzo, Defendant-Appellant,

and

Ewa by Gentry Community Association,
Defendant-Appellee,

and

John Does 1-50; Jane Does 1-50; Doe Partnerships 1-50; Doe Corporations 1-50; Doe Entities 1-50; and Doe Governmental Units 1-50, Defendants CAAP-15-0000660

NO. CAAP-14-0001356
NO. CAAP-15-0000660

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, March 31, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 13-1-0152)

SUMMARY DISPOSITION ORDER

Affirmed.

